# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

WARRANT FOR ARREST

Case Number: _____

HAMMAM MOUSLI

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **HAMMAM MOUSLI**
                                          Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ INDICTMENT ☐ INFORMATION ☐ COMPLAINT ☐ ORDER OF COURT ☐ VIOLATION OF NOTICE ☐ PROBATION VIOLATION PETITION

CHARGING HIM OR HER WITH (brief description of offense)

    Being an alien illegally in the United States and being admitted to the
United States on a non-immigrant visa in possession of a firearm

in violation of Title _____ United States Code, Section(s) __922(g)(5)__.

Judith _____          US Magistrate Judge
Name of Issuing Officer                  Title of Issuing Officer

Judith _____          Boston, MA; September 17, 2004
Signature of Issuing Officer             Date and Location

Bail fixed at $ _____          BY _____

| RETURN |
|---|
| THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE NAMED DEFENDANT AT_____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |