AO 442 (Rev. 4/97) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

**WARRANT FOR ARREST**

Case Number: 04M-1111-JGD

HAMMAM MOUSLI

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **HAMMAM MOUSLI**
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ INDICTMENT  ☐ INFORMATION  ☐ COMPLAINT  ☐ ORDER OF COURT  ☐ VIOLATION OF NOTICE  ☐ PROBATION VIOLATION PETITION

CHARGING HIM OR HER WITH (brief description of offense)

Being an alien illegally in the United States and being admitted to the United States on a non-immigrant visa in possession of a firearm

in violation of Title _____ United States Code, Section(s) __922(g)(5)__.

Judi_____          US Magistrate Judge
Name of Issuing Officer            Title of Issuing Officer

_____          Boston, MA; September 17, 2004
Signature of Issuing Officer       Date and Location

Bail fixed at $ _____    BY _____

| RETURN |
|---|
| THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE NAMED DEFENDANT AT _____ |

| DATE RECEIVED | WARRANT EXECUTED BY FBI BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: HAMMAM MOUSLI

ALIAS: N/A

LAST KNOWN RESIDENCE: 19 ORVIS ROAD, REVERE, MA

LAST KNOWN EMPLOYMENT: 7-11 STORE, WHITMAN, MA

PLACE OF BIRTH: SYRIA

DATE OF BIRTH: 5/1/59

SOCIAL SECURITY NUMBER: 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

HEIGHT: 511          WEIGHT: 195

SEX: MALE            RACE: MIDDLE EASTERN

HAIR: BROWN          EYES: BROWN

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

FBI NUMBER: 186942EC5

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: FBI BOSTON