UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.          )<br>)<br>HAMMAN MOUSLI        )<br>)<br>) | 05 CR 10033 JLT<br>Criminal No. 05-<br><br>Violations: 18 U.S.C. § 480<br>(Possession Of Counterfeit<br>Securities); 18 U.S.C.<br>§922(g)(5)(A)(Illegal Alien In<br>Possession Of A Firearm) |

INDICTMENT

COUNT ONE:      (18 U.S.C. § 480 - Possession Of Counterfeit
                Securities)

The Grand Jury charges that:

On or about June 9, at Revere, in the District of Massachusetts,

HAMMAN MOUSLI

defendant herein, did, within the United States, knowingly and with intent to defraud, possess false, forged and counterfeit treasury notes; to wit, ten treasury notes identified as follows:

A $20 note bearing serial number EA 01767005A

A $20 note bearing serial number EA 01767005A

A $20 note bearing serial number EA 11666978A

A $1 note bearing serial number L24983324I

A $50 note bearing serial number A 00891837A

A $20 note bearing serial number EC 63687578A

A $20 note bearing serial number EA 73963750B

A $50 note bearing serial number A 00891837A (obverse side)

      A $100 note bearing serial number K 41890383A

      A $100 note bearing serial number AB 22325544K.

All in violation of 18 U.S.C. § 480.

<u>COUNT TWO</u>:        (18 U.S.C. § 922(g)(5)(A) - Illegal Alien In Possession Of A Firearm)

The Grand Jury further charges that:

On or about June 9, at Revere, in the District of Massachusetts,

HAMMAN MOUSLI

defendant herein, being an alien illegally and unlawfully in the United States, did possess in or affecting interstate commerce, firearms; to wit, a Smith and Wesson 38 special handgun bearing serial number BCA2229, and a Marlin .60 caliber rifle bearing serial number 10462050.

All in violation of Title 18, United States Code, Section 922(g)(5)(A).

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY


_____
GREGORY MOFFATT
ASSISTANT U.S. ATTORNEY


DISTRICT OF MASSACHUSETTS; February 15, 2005.

Returned into the District Court by the Grand Jurors and filed.


_____
DEPUTY CLERK
2/15/05
3:35pm


◎JS 45 (5/97) - (Revised USAO MA 6/29/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** Revere  **Category No.** II  **Investigating Agency** FBI/JTTF/MSP

**City** Revere  **Related Case Information:**

**County** Suffolk

Superseding Ind./ Inf. _____  Case No. _____
Same Defendant  X  New Defendant _____
Magistrate Judge Case Number  04-M-1111-JGD
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  Hamman MOUSLI   Juvenile  ☐ Yes  ☒ No

Alias Name  N/A

Address  19 Orvis Road, Revere, Massachusetts

Birth date (Year only):  1959  SSN (last 4 #):  4946  Sex  M  Race:  Middle East  Nationality:  Syria

Defense Counsel if known:  Francisco J. Fernandez, Esq.  Address:  4 Longfellow Place, Suite 3501-06
Boston, MA 02114

Bar Number: _____

**U.S. Attorney Information:**

AUSA  Gregory Moffatt  Bar Number if applicable  559778

Interpreter:  ☐ Yes  ☒ No  List language and/or dialect:  English/Levant Arabic

Matter to be SEALED:  ☐ Yes  ☒ No

☐ Warrant Requested  ☐ Regular Process  ☒ In Custody

**Location Status:**

Arrest Date:  September 29, 2004 (from state custody)

☒ Already in Federal Custody as  pre-trial detainee  in  PCCF
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

Charging Document:  ☐ Complaint  ☐ Information  ☒ Indictment

Total # of Counts:  ☐ Petty  ☐ Misdemeanor  ☒ Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

☒ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  February 15, 2005  Signature of AUSA: _/s/_

**05 CR 10033 JLT**

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Hamman MOUSLI

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 480 | Possession of counterfeit securities | 1 |
| Set 2 | 18 U.S.C. § 922(g)(5)(A) | Illegal Alien in Possession of firearms | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**