UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                              )<br>)<br>HAMMAN MOUSLI                   )<br>)<br>)<br>) | Criminal No.  05-10033-JLT<br><br>Violations: 18 U.S.C. § 472<br>(Possession Of Counterfeit<br>Securities); 18 U.S.C.<br>§922(g)(5)(A)(Illegal Alien In<br>Possession Of A Firearm) |

## SUPERSEDING INDICTMENT

<u>COUNT ONE</u>:      (18 U.S.C. § 472 - Possession Of Counterfeit Securities)

The Grand Jury charges that:

On or about June 9, at Revere, in the District of Massachusetts,

HAMMAN MOUSLI

defendant herein, did, with intent to defraud, possess and conceal falsely made, forged and counterfeit securities of the United States; to wit, ten treasury notes identified as follows:

   A $20 note bearing serial number EA 01767005A

   A $20 note bearing serial number EA 01767005A

   A $20 note bearing serial number EA 11666978A

   A $1 note bearing serial number L24983324I

   A $50 note bearing serial number A 00891837A

   A $20 note bearing serial number EC 63687578A

   A $20 note bearing serial number EA 73963750B

   A $50 note bearing serial number A 00891837A (obverse side)

-1-

       A $100 note bearing serial number K 41890383A

       A $100 note bearing serial number AB 22325544K.

All in violation of 18 U.S.C. § 472.

COUNT TWO:       (18 U.S.C. § 922(g)(5)(A) - Illegal Alien In Possession Of A Firearm)

The Grand Jury further charges that:

On or about June 9, at Revere, in the District of Massachusetts,

HAMMAN MOUSLI

defendant herein, being an alien illegally and unlawfully in the United States, did possess in or affecting interstate commerce, firearms; to wit, a Smith and Wesson 38 special handgun bearing serial number BCA2229, and a Marlin .60 caliber rifle bearing serial number 10462050.

All in violation of Title 18, United States Code, Section 922(g)(5)(A).

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

_____
GREGORY MOFFATT
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS; February 22, 2005.

Returned into the District Court by the Grand Jurors and filed.

_____ at 4:25 PM
DEPUTY CLERK

✎JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

Place of Offense: Revere          Category No. II          Investigating Agency   FBI/JTTF/MSP

City    Revere                    Related Case Information:

County  Suffolk                   Superseding Ind./ Inf.   X          Case No.   05-10033-JLT
                                  Same Defendant           X          New Defendant _____
                                  Magistrate Judge Case Number   04-M-1111-JGD
                                  Search Warrant Case Number _____
                                  R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Hamman MOUSLI                        Juvenile   ☐ Yes   ☒ No

Alias Name    N/A

Address    19 Orvis Road, Revere, Massachusetts

Birth date (Year only): 1959   SSN (last 4 #):  4946  Sex  M  Race:  Middle East   Nationality:  Syria

Defense Counsel if known:    Francisco J. Fernandez, Esq.     Address: 4 Longfellow Place, Suite 3501-06
                                                                       Boston, MA 02114
Bar Number: _____

**U.S. Attorney Information:**

AUSA   Gregory Moffatt                              Bar Number if applicable   559778

Interpreter:        ☐ Yes  ☒ No        List language and/or dialect:    English/Levant Arabic

Matter to be SEALED:   ☐ Yes   ☒ No

     ☐ Warrant Requested          ☐ Regular Process          ☒ In Custody

**Location Status:**

Arrest Date:   September 29, 2004 (from state custody)

☒ Already in Federal Custody as   pre-trial detainee    in    PCCF
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____  on _____

Charging Document:    ☐ Complaint      ☐ Information     ☒ Indictment
Total # of Counts:    ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  February 22, 2005        Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    Hamman MOUSLI

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 472 | Possession of counterfeit securities | 1 |
| Set 2 | 18 U.S.C. § 922(g)(5)(A) | Illegal Alien in Possession of firearms | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**