UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
05-10033-NMG

UNITED STATES OF AMERICA

v.

HAMMAN MOUSLI

## FURTHER ORDER ON EXCLUDABLE TIME

April 26, 2005

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

April 12, 2005 through June 8, 2005,

the date between the expiration of the initial order on excludable time and the next status conference.

Based upon the prior order of the court dated March 15, 2005 and this order, at the time of the Final Status Conference on June 8, 2005, there will be zero (0) days of non-excludable time under the Speedy Trial Act and seventy (70) days will remain under the Speedy Trial Act in which this case must be tried.

/ s / Judith Gail Dein
JUDITH GAIL DEIN
United States Magistrate Judge