UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
05-10033-JLT

UNITED STATES OF AMERICA

v.

HAMMAN MOUSLI

## FINAL STATUS REPORT

June 8, 2005

DEIN, M.J.

A Final Status Conference was held before this court on Wednesday, June 8, 2005, pursuant to the provisions of Local Rule 116.5(C).  Based on that conference, this court enters the following report, in accordance with Local Rule 116.5(D):

1. It appears at this time that a trial will be necessary.

2. Discovery is completed at this time.

3. There are no outstanding or anticipated discovery issues at this time.

4. The defendant intends to file a motion to suppress.  The motion shall be filed by June 15, 2005.

5. Based upon the prior orders of the court dated March 15, 2005, and April 26, 2005, at the time of the Final Status Conference on June 8, 2005, there were zero (0) days of non-excludable time under the Speedy Trial Act and seventy (**70**) days remaining under the Speedy Trial Act in which this case must be tried. The court has, on this date, entered a Further Order on Excludable Time excluding the period through June 15, 2005 to enable the defendant time to prepare his motions.  The pendency of any motion shall result in further time being excluded under the Speedy Trial Act.

6.     It is estimated that if the case goes to trial, the government's case will take approximately 3 - 4 days.

7.     The file is hereby ordered returned to the District Judge to whom this case is assigned for further proceedings.

                                            / s / Judith Gail Dein
                                            JUDITH GAIL DEIN
                                            UNITED STATES MAGISTRATE JUDGE