UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
05-10033-JLT

UNITED STATES OF AMERICA

v.

HAMMAN MOUSLI

## FURTHER ORDER ON EXCLUDABLE TIME

June 8, 2005

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following

period of time excludable from the time period within which trial must commence:

June 8, 2005 through June 15, 2005

the date between the Final Status Conference and the date by which the defendant is

to file his motion to suppress.

Based upon the prior orders of the court dated March 15, 2005, April 26, 2005

and this order, as of June 15, 2005 there will be zero (0) days of non-excludable time

under the Speedy Trial Act and seventy (70) days will remain under the Speedy Trial

Act in which this case must be tried.


      / s / Judith Gail Dein
JUDITH GAIL DEIN
United States Magistrate Judge