```
               UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS
_____
                              )
UNITED STATES OF AMERICA      )
                              )    Criminal No.  05-10033-JLT
v.                            )
                              )
HAMMAN MOUSLI                 )
_____)
```

**GOVERNMENT'S ASSENTED-TO MOTION FOR ENLARGEMENT OF TIME
IN WHICH TO FILE ITS RESPONSE TO DEFENDANT'S MOTION TO SUPRRESS**

The United States, by and through the United States Attorney and the undersigned Assistant United States Attorney, respectfully moves this Court to enlarge the time by which the government must respond to Defendant's Motion To Suppress, from June 29, 2005 until July 13, 2005. The Defendant assents to this Motion. As grounds for its Motion, the government states as follows:

1. The undersigned Assistant United States Attorney was scheduled to be on trial through the week of June 27 - July 1, 2005 before Hon. Rya W. Zobel in <u>United States v. Nabih Hamdan</u>, Crim. No. 03-10190-RWZ. For the several days leading up to the anticipated trial, the bulk of his time was focused on trial preparation. The defendant in that matter tendered a guilty plea on Monday, June 27 instead of proceeding to trial. Because of the press of the trial preparation work, the undersigned has been unable to complete the necessary

    research, drafting and review of a Response to Defendant's Motion To Suppress in this matter.

2. The undersigned believes that two weeks will be sufficient to allow for the filing of the government's response to the Motion To Supress.

3. Defendant Hamman Mousli, through his counsel, has assented to this Motion.

WHEREFORE, the government respectfully requests that the time by which the government must respond to Defendant's Motion To Suppress be enlarged from June 29, 2005 until July 13, 2005.

                                  Respectfully submitted,

                                  MICHAEL J. SULLIVAN
                                United States Attorney

                     By:  /s/ Gregory Moffatt
                          GREGORY MOFFATT
                          Assistant U.S. Attorney
                          617-748-3370

June 28, 2005