UNITED STATES DISTRICT COURT
COMMONWEALTH OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) DOCKET NO. 05-10033-JLT |
| | ) |
| Hammam Mousli | ) |
| | ) |

**MOTION TO DISMISS APPOINTED ATTORNEY AND TO APPOINT NEW ATTORNEY**

NOW COMES the Defendant, _Hammam Mousli_, in the above matter, and moves this Honorable Court to dismiss my appointed attorney and to appoint a new attorney to represent my interests.

The reasons that I make this request are:

- [X] Disagreement on strategy;
- [X] Failure to obtain a bail appeal;
- [X] Lack of understanding between me and my attorney;
- [X] Failure to present my best interests;
- [X] Other:

_DENIED MY REQUEST FOR SPEEDY TRAIL, MISLEADING MISUNDERSTANDING & MISTRUST_
_FAILURE TO HIRE PRIVATE INVESTIGATER WITH THE FUND HE GET FROM THE GOVERMENT_
_NEVER CAME TO SEE ME SINCE JUNE 05, OUT OF SPACE_

Date: 2-6-2006

Respectfully submitted,

_H. Mousli_
, Pro Se
26 Long Pond Road
Plymouth, MA 02360