UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

UNITED STATES

v.

HAMMAN MOUSLI

EMERGENCY MOTION TO CONTINUE HEARING

Now comes the Defendant in the above-captioned matter and moves this Honorable Court continue the hearing scheduled for April 18, 2006, to a later date. As grounds, the Defendant, by and through his counsel, states as follows:

1. The Court has scheduled this case for a hearing on the Defendant's motion to suppress for April 18, 2006.

2. The Defendant's counsel has started a jury trial in the Suffolk Superior Court on April 11, 2006, before the Honorable Justice Margot Botsford. It is very likely that the trial would last through April 18, 2006.

3. Additionally, Defendant's counsel needs additional time to prepare and file a supplemental motion to suppress based on his review of the discovery. The Court has indicated at the last hearing that additional time would be given for preparation as the undersigned counsel was appointed to represent the Defendant on March 6, 2006.

4. The Defendant's counsel received the last package of discovery from prior counsel on or about March 24, 2006.

5. Based on his review of the discovery, Defendant's counsel anticipates filing a supplemental motion to suppress statements.

6. Defendant's counsel has received a message from opposing counsel that the government does not oppose a continuance of the hearing.

WHEREFORE, the Defendant requests a short continuance of the hearing in this matter.

          Respectfully submitted
          Hamman Mousli
          By his attorney,

          Derege B. Demissie
          DEMISSIE & CHURCH
          929 Massachusetts Avenue, Suite 01
          Cambridge, MA 02139
          (617) 354-3944

Dated: April 12, 2006

### Certificate of Service

I, Derege B. Demissie, hereby certify that I have served a true copy of the above document upon the Assistant United States Attorney Gregory Moffat by mailing the same via United States first-class mail, postage pre-paid on April 12, 2006.

          Derege B. Demissie