UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

Docket No.: 05-1033-JLT

_____

UNITED STATES

v.

HAMMAN MOUSLI

_____

REQUEST FOR PROTECTIVE ORDER

  Now comes counsel for the Defendant in the above-captioned matter and requests the Court to grant him a protective order to allow him to continue a civil trail scheduled for May 10, 2006, at the Boston Municipal Court.

  As grounds for his request, Counsel states that the above-captioned matter was continued by the court to May 10—a different date than the one agreed to by both parties at the last hearing.  Defendant's counsel has a previously scheduled civil trial at the Boston Municipal Court on the same date.

  The Defendant is in custody in this matter and the hearing has been continued several times.

  Wherefore, Defendant's counsel requests this Court adopt the attached proposed protective order.

           Respectfully submitted
           Hamman Mousli
           By his attorney,


           _____
           Derege B. Demissie
           DEMISSIE & CHURCH
           929 Massachusetts Avenue, Suite 01
           Cambridge, MA 02139
           (617) 354-3944

Dated: May 8, 2006

Certificate of Service

  I, Derege B. Demissie, hereby certify that I have served a true copy of the above document upon the Assistant United States Attorney Gregory Moffat by mailing the same via United States first-class mail, postage pre-paid on May 8, 2006.

_____<br>Derege B. Demissie

May 8, 2006

Proposed Protective Order

  Attorney Derege B. Demissie is required to appear in the United States District Court for the District of Massachusetts to conduct an evidentiary hearing in the matter of U.S. v. Mousli, on May 10, 2006.

_____<br>
Joseph L. Tauro<br>
Judge, United States District Court