CR05-10033

May 8, 2006

Proposed Protective Order

Attorney Derege B. Demissie is required to appear in the United States District Court for the District of Massachusetts to conduct an evidentiary hearing in the matter of U.S. v. Mousli, on May 10, 2006.

_____
Joseph L. Tauro
Judge, United States District Court