IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| vs. | )   No. 05-10033-JLT |
| | ) |
| HAMMAN MOUSLI | ) |
| | ) |
|    Defendant | ) |

## MOTION IN LIMINE TO EXCLUDE PRIOR BAD ACTS EVIDENCE

    Defendant, Hamman Mousli, by and through his attorney, requests that the Court allow evidence relative to alleged switching of UPC codes of merchandize at Target stores only to the extent necessary to explain how the Somerville Police Officer obtained a search warrant to search Mr. Mousli's residence.

    Mr. Mousli further moves the Court exclude any other evidence relative to switching of UPC codes or theft allegedly committed by Mr. Mousli.

    As grounds for his motion, Mr. Mousli states that he is not charged with any crime relative to the alleged switching of UPC codes of merchandize and theft at Target Stores. The information is irrelevant, highly prejudicial, and therefore inadmissible under both Rule 402 and 403 of Federal Rules of Evidence.

                                                Respectfully submitted,

                                               */s/ Derege B. Demissie*
                                               Derege B. Demissie
                                               DEMISSIE & CHURCH
                                               929 Massachusetts Avenue, Suite 01
                                               Cambridge, MA 02139
                                               (617) 354-3944