IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
| vs. ) | No. 05-10033-JLT |
| ) | |
| HAMMAN MOUSLI ) | |
| ) | |
|    Defendant ) | |

### VOIR DIRE SUBMISSION

Defendant, Hamman Mousli, by and through his attorney requests that he be permitted to ask, through the Court, the following questions during voir dire of the jury venire:

A. PERSONAL DATA

1. What is your name?

2. Where do you presently live?

3. Where else have you lived during the past ten years?

4. What is your occupation?

5. Who is your employer and how long have you been working there?

6. Where is the location of your present employment?

7. What is the nature of your present employer's business?

8. Where else have you been employed during the past ten years?

9. Where are those employers located?

10. What was the nature of those employers' businesses?

11. If retired

   (a) What was your former occupation?

   (b) How long have you been retired?

   (c) Where were you employed for the ten years preceding your retirement?

  (d) Where are those employers located?

  (e) What was the nature of those employers' businesses?

12. How far did you go in school?

13. Where did you attend school?

14. What schools did you attend and in what years?

15. If married

  (a) What is the occupation of your spouse?

  (b) Is he or she employed and, if so, by whom and for how long?

  (c) Where is that employer located?

  (d) What is the nature of that employer's business?

  (e) Where else has he or she been employed?

  (f) What was the nature of those employers' businesses?

  (g) Where are those employers located?

16. If married with children

  (a) How many children do you have?

  (b) What are their names?

  (c) What are the ages of your children?

  (d) Are they in school?

  (e) What schools do they attend?

  (f) If they no longer are in school, how far did they go in school?

  (g) What schools did they attend?

  (h) Have they ever been employed?

  (i) By whom have they been employed?

  (j) What is the nature of those employers' businesses?

  (k) Where are those employers located?

17.  Given an employment history of any other person, other than your spouse and children, who has lived with you for the past ten years; specify by whom they were employed, the nature of their jobs, for how long they were employed by each employer, and the nature of each employer's business.

B.  OTHER JURIES AND LITIGATION

18.  Have you ever been involved in a civil or criminal case as a witness or otherwise?

19.  Have you ever volunteered to act as a juror?

20.  Have you ever been a juror during a trial in any court prior to your service here?

21.  Where did you serve, and on what dates, and was the service in criminal or civil cases?

22.  If your previous experience was a civil case, do you understand that there is a difference in the burden of proof in a criminal case, and that the government in a criminal case must prove its allegations beyond a reasonable doubt and not merely by a preponderance of the evidence?

23.  Do you understand that in a criminal case, a defendant is presumed innocent of the charges against him and that the government has the burden of proving the charges to be true beyond a reasonable doubt?

24.  Do you understand that by being presumed innocent, a defendant has no obligation to produce any evidence; that the burden is always on the government to prove the charges beyond a reasonable doubt?

25.  Did you ever serve as a grand juror? If so,

   (a)  Do you understand that a grand juror's function is merely to determine whether there is some basis, whether true or not, to bring a charge?

   (b)  Do you understand that in contrast, your function here is to determine whether the government has proved the charges beyond a reasonable doubt?

26.  Do you understand that an indictment is not evidence against the defendants but is merely the formal means of bringing a charge?

27.  If you have had prior service as a trial juror or a grand juror, was there anything about the service that has caused prejudice for or against the defendants?

28.  Because of your prior jury service, do you have any preconceived opinions or notions regarding this case?

29.  Have you, any member of your family, or any close friend ever been personally interested in the outcome of a criminal case? If so, please explain.

C.  THE GOVERNMENT

30.  Are you acquainted with any law enforcement officers of the United States or of any state, county, or local agency?

31.  Do you have any close friends or relatives who are or have been employed in any branch or agency of local, state, or federal government?

32.  Have you, any members of your family, or any close friends ever been a member of a civic law enforcement organization?

33.  Have you ever had occasion to participate in any fashion or capacity with the government in any criminal investigation?

34.  Do you have any feeling or sympathy for the federal government or agents of the government?

35.  If some witnesses are or were employees of some unit of local, state, or federal government, would this fact alone cause you to believe them more readily than you would a person not so employed?

36.  Do you have any feeling of antagonism toward a person charged by the government with allegedly committing a crime?

37.  Have you or any member of your family ever made a claim against the United States government or ever had a claim made by the government against you or some member of your family? Was there anything about those proceedings that would prejudice you for or against the government or the persons against whom the government has made claims?

D.  ORGANIZATIONS

38.  To what civic or fraternal organizations do you belong?

39.  Which of them do you attend on a regular basis?

40.  Have you held office in any of these organizations? If so, which organizations and what offices?

41.  Are you an active member of any political organization, government organization, or political party? If so, which ones?

E.  LEISURE TIME

42.  What do you like to do in your leisure time?

43.  Do you have any hobbies?

    44.    What newspapers do you read?

    45.    What magazines do you read?

    46.    Do you subscribe to any magazines? If so, which ones?

    47.    Do you have any bumper stickers on your car? If so, what do they say?

F.  PARTIES

    48.    Do you know any of the attorneys or parties in this case?

G.  THE LAW

    49.  Do you understand that it is your duty to give the defendant separate consideration, and will you do so in this case?

    50.  Do you recognize that your duty is individual, although you act in conjunction with the other members of the jury?

    51.  Do you recognize that you do your duty as well when you find a defendant not guilty?

    52.    If it should appear during the trial from the evidence that you are acquainted with persons or issues involved in this case, will you notify the Court of this acquaintance?

    53.    Do you have any difficulty in regarding the defendant as innocent of the charge in the indictment, having in mind that you have heard no evidence and the presumption of innocence protects [him] [her] from the charge in the absence of legal and credible proof beyond a reasonable doubt?

    54.    Do you believe that you can keep an open mind and refrain from determining the guilt or innocence of the defendant until you have heard all of the evidence on both sides and, further, until you have heard the Judge's instructions on the law to be applied to the facts?

    55.  If the law, as given to you by the Judge, is different from your present understanding of the law, do you believe that you can disregard or ignore your present view of the law and accept and follow only that law contained in the Judge's instructions?

    56.    Will you follow the Court's instructions on the law even if you disagree?

    57.    Will you require the government to meet its burden to prove, if they are able, that the defendant is guilty of the alleged charges, beyond a reasonable doubt?

    58.    Do you understand that the crime charged in this case involves essential elements, about which the Court will instruct you, each of which the government must prove beyond a reasonable doubt?

    59.  Can you accept the idea that the essential elements of the charged offenses are not simply technicalities?

    60.  If the government fails to prove beyond a reasonable doubt the essential elements of the offense charged in the indictment, would you be willing to acquit the defendant?

                                      Respectfully submitted,

                                      _____
                                      Derege B. Demissie
                                      DEMISSIE & CHURCH
                                      929 Massachusetts Avenue, Suite 01
                                      Cambridge, MA 02139
                                      (617) 354-3944