IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| vs. | )   No. 05-10033-JLT |
| | ) |
| HAMMAN MOUSLI | ) |
| | ) |
|    Defendant | ) |

### MOTION IN LIMINE TO EXCLUDE REFERENCE TO TERRORISM TASK FORCE OR TERRORISM-RELATED INVESTIGATION

    Defendant, Hamman Mousli, by and through his attorney, requests that the Court order the Government witnesses to refrain from mentioning that they were involved in terrorism related investigation or that they belonged to an anti-terrorism task force.

    As grounds for his motion, Mr. Mousli states that he is not charged with any terrorism related crime. Therefore, the information is irrelevant and highly prejudicial and not admissible under both Rule 402 and 403 of Federal Rules of Evidence.

    Wherefore, Mr. Mousli requests that the Court instruct the government witnesses to refrain from mentioning that they, or other law enforcement members involved in the this case, were involved in terrorism related investigation or that they belonged to an anti-terrorism task force.

                                   Respectfully submitted,

                                   */s/ Derege B. Demissie*
                                   Derege B. Demissie
                                   DEMISSIE & CHURCH
                                   929 Massachusetts Avenue, Suite 01
                                   Cambridge, MA 02139
                                   (617) 354-3944