UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                                )
UNITED STATES OF AMERICA        )
                                )
      v.                        )      CRIMINAL No. 05-10033-JLT
                                )
HAMMAN MOUSLI                   )
                                )
_____)
```

### UNITED STATES' REQUESTED VOIR DIRE QUESTIONS

In addition to the Court's customary introduction to the jury, the United States requests that the Court ask prospective jurors the following voir dire questions:

1.  Have you, a family member, or someone close to you ever been involved in a criminal case as either a victim, a witness, or a person charged with a crime?

2.  Are you, a family member, or someone close to you involved in the criminal justice system as a prosecutor, a defense attorney, an employee of either a prosecutor or a defense attorney, or as a law enforcement officer?

3.  Several of the likely witnesses are law enforcement officers.  Is there anything about their status as law enforcement officers that would lead you to conclude either that they are more likely to tell the truth than another witness, or that they are less likely to tell the truth than another witness?

4.  The Defendant, Mr. Mousli, is a native and citizen of Syria.  Is there anything about that fact that would lead

you to conclude either that he is more likely, or less likely, to have committed the offenses with which he is charged than if he were a citizen of the United States?

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

June 8, 2006

By: /s/ Gregory Moffatt
GREGORY MOFFATT
Assistant U.S. Attorney
617-748-3370

2

<u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this day served upon the person

listed below a copy of the foregoing document by electronic filing:

> Derege B. Demissie, Esq.
> Demissie & Church
> 929 Massachusetts Avenue, Suite 01
> Cambridge, MA 02139

This 8th day of June 2006.

> <u>/s/ Gregory Moffatt</u>
> GREGORY MOFFATT