```
                   UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA )
                                   )     CRIMINAL NO. 05-10033-JLT
         v.                     )
                                   )
HAMMAN MOUSLI                  )

### GOVERNMENT'S WITNESS LIST

The government anticipates calling some or all of the following witnesses in its case-in-chief in the above-captioned criminal matter.  The government reserves the right to supplement this witness list:

1. Sergeant Joseph McCain, Jr.
   Somerville Police Department
   220 Washington Street
   Somerville, MA 02143

2. Special Agent Thomas Carroll
   U.S. Customs and Immigration Enforcement
   J.F.K. Federal Building, Room 425
   Boston, MA 02203

3. Special Agent Darryl Wegner
   Federal Bureau of Investigation
   One Center Plaza, Suite 600
   Boston, MA 02108

4. Special Agent Julie Goodwin
   United States Secret Service
   10 Causeway Street
   Boston, MA 02222

                                           Respectfully submitted,

                                           MICHAEL J. SULLIVAN
                                           United States Attorney

                               By:   /s/ Gregory Moffatt
                                           GREGORY MOFFATT
                                           BRIAN T. KELLY
                                           Assistant U.S. Attorneys
June 8, 2006                              (617) 748-3370

CERTIFICATE OF SERVICE

    This is to certify that I have this day served upon the person listed below a copy of the foregoing document by electronic mail:

        Derege B. Demissie, Esq.
        Demissie & Church
        929 Massachusetts Avenue, Suite 01
        Cambridge, MA 02139

This 8th day of June 2006.

                /s/ Gregory Moffatt
                GREGORY MOFFATT