```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL NO. 05-10033-JLT |
| v. ) | |
| ) | |
| HAMMAN MOUSLI ) | |

**<u>GOVERNMENT'S EXHIBIT LIST</u>**

The government anticipates introducing some or all of the following exhibits in its case-in-chief in the above-captioned criminal matter. The government reserves the right to supplement this exhibit list.

1a. Pouch containing three purported Federal Reserve Notes, described as follows:

   $20 bearing serial number EA 01767005 A

   $20 bearing serial number EA 01767005 A

   $20 bearing serial number EA 11666978 A

1b. Pouch containing three purported Federal Reserve Notes, described as follows:

   $50 bearing serial number A 00891837 A (obverse side)

   $100 bearing serial number K 41890383 A

   $100 bearing serial number AB 22325544 K

1c. Pouch containing four purported Federal Reserve Notes, described as follows:

   $1 bearing serial number L 24983324 I

   $50 bearing serial number A00891837 A

   $20 bearing serial number EC 63687578 A

   $20 bearing serial number EA 73963750 B

2. Smith & Wesson .38 caliber revolver, bearing serial number BCA2229.

3. Marlin Firearms Co. .22 caliber rifle, bearing serial number 10462050.

                                      Respectfully submitted,

                                      MICHAEL J. SULLIVAN
                                      United States Attorney

                            By:  /s/ Gregory Moffatt
                                      GREGORY MOFFATT
                                      BRIAN T. KELLY
                                      Assistant U.S. Attorneys
June 8, 2006                        (617) 748-3370

## CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by electronic mail:

        Derege B. Demissie, Esq.
        Demissie & Church
        929 Massachusetts Avenue, Suite 01
        Cambridge, MA 02139

This 8th day of June 2006.

                                      /s/ Gregory Moffatt
                                      GREGORY MOFFATT