IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| vs. | )   No. 05-10033-JLT |
| | ) |
| HAMMAN MOUSLI | ) |
| | ) |
|    Defendant | ) |

DEFENDANT'S NOTICE OF POTENTIAL WITNESSES

In addition to the witnesses listed by the Government, the Defendant anticipates calling the following individuals at the trial in this matter. The Defendant reserves his right to supplement this list.

1. Joe LaSorsa,
   J.A. LaSorsa & Associates
   1390 S. Federal Highway
   Pompano Beach, FL 33062

2. Tomothy Crane
   Crane & Co.
   30 South Street
   Dalton, MA 01226

                                           Respectfully submitted
                                           Hamman Mousli
                                           By his attorney


                                           /s Derege B. Demissie
                                           _____
                                           Derege B. Demissie
                                           DEMISSIE & CHURCH
                                           929 Massachusetts Avenue, Suite 01
                                           Cambridge, MA 02139
                                           (617) 354-3944

June 8, 2006