IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>   Plaintiff, )<br>  )<br> vs. )<br>  )<br>HAMMAN MOUSLI )<br>  )<br>   Defendant ) | No. 05-10033-JLT |

### DEFENDANT'S REQUESTS FOR JURY INSTRUCTIONS

Now comes the Defendant and respectfully submits his request for jury instructions pursuant to Fed. R. Crim. P. 30. The Defendant reserves the right to supplement, alter, or withdraw these instructions in light of the evidence presented at trial.

        Respectfully submitted
        Hamman Mousli
        By his attorney


        /s Derege B. Demissie
        _____
        Derege B. Demissie
        DEMISSIE & CHURCH
        929 Massachusetts Avenue, Suite 01
        Cambridge, MA 02139
        (617) 354-3944

June 8, 2006

**DEFENDANT'S PROPOSED JURY INSTRUCTION NO. 1**

**INDICTMENT UNDER 18 U.S.C. 472**

**Title 18, United States Code, Section 472**, makes it a crime for anyone to possess counterfeit United States money with intent to defraud.

For you to find the defendant guilty of this crime, you must be convinced that the government has proved each of the following beyond a reasonable doubt:

*First*: That the defendant possessed counterfeit money;

*Second*: That the defendant knew at the time that the money was counterfeit; and

*Third*: That the defendant possessed the counterfeit money with intent to defraud, that is, intending to cheat someone by making that person think the money was real.


To be counterfeit, a bill must have a likeness or resemblance to genuine currency. A document is considered a counterfeit obligation or security of the United States if the fraudulent obligation bears such a likeness or resemblance to any of the genuine obligations of the United States as is calculated to deceive an honest, sensible, and unsuspecting person of ordinary observation and care dealing with a person who is supposed to be upright and honest.

*United States v. Chodor,* 479 F. 2d 661, 664 (1st Cir. 1973); *United States v. Fera*, 616 F.2d 590, 598 (1st Cir. 1980).

*United States v. Scott*, 159 F.3d 916, 920-21 (5th Cir. 1998), *citing United States v Turner*, 586 F.2d 395, 397 (5th Cir. 1978). *United States v. Smith*, 318 F.2d 94, 95 (4th Cir. 1963).