IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
|    vs. | )   No. 05-10033-JLT |
| | ) |
| HAMMAN MOUSLI | ) |
| | ) |
|    Defendant | ) |

MOTION TO ALLOW THE DEFENDANT TO CHANGE HIS CLOTHING AT THE
COURTHOUSE BEFORE THE START OF HIS TRIAL

The Defendant, Hamman Mousli, respectfully requests the Court allow him to change his clothing at the courthouse before the start of his trial.

As grounds for his motion, the Defendant states that he was not able to have clothing delivered to him at the Plymouth House of Correction. His attorney attempted to deliver clothing for his trial over the weekend at the Plymouth House of Correction but was unable to do so because the institution accepts clothing for detainees only Monday through Fridays between 8:30 and 2:30 PM.

Mr. Mousli' appears with jail issued clothing. His counsel has brought with him appropriate clothing for Mr. Mousli to wear for his trial.

Wherefore, Mr. Mousli requests that the Court allow him to change his jail issued clothing prior to the beginning of his trial.

Respectfully submitted
Hamman Mousli

By his attorney


/s Derege B. Demissie
_____
Derege B. Demissie
DEMISSIE & CHURCH
929 Massachusetts Avenue, Suite 01
Cambridge, MA 02139
(617) 354-3944

June 11, 2006

Certificate of Service

I, Derege B. Demissie, hereby certify that I have served the within motion on opposing counsel via electronic notice on June 11, 2006.


_____
Derege B. Demissie