CASE NO: (~~CIVIL~~) (CRIMINAL) 05-10033-JLT

TITLE: U.S.A. vs HANNAN MOUSHI

## JURY PANEL

(1. Kristen L. Canavan, #46
(2. Kimberly L. Prescott, #20
(3. Lucy L. Hemenway, #21
(4. Timothy Lucey, #1
(5. John K. Ivimey, #27
(6. Patti L. Eames, #41

(7. Pablo R. Roman, #40
(8. David W. Munsell, #36
(9. Kelsey A. Johansen, #15
(10. Kathleen M. Donnelly, #24
(11. Vanessa M. Bogosian, #38
(12. Rebecca R. Santos, #13

Kevin L. Harris #28
Alternate #1

Gregory Eastman #23
Alternate #2

Alternate #3

Alternate #4

(~~PLTF~~) (GOV'T)   WITNESSES   DEFENDANT

1. Sgt. Joseph McCain 6/12
2. Mark Landolfi 6/12
3. Thomas Carroll 6/12
4. Gerald Wagner 6/12
5.
6.
7.
8.
9.
10.
11.
12.
13.
14.

1. Joe LaSorsa 6/13
2. Timothy Crane 6/13
3.
4.
5.
6.
7.
8.
9.
10.
11.
12.
13.
14.

AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

DISTRICT OF **MASSACHUSETTS**

**U.S.A.** v. **HAMMAN MOUSLi**

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: **CR 05-10033**

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY (GOV) | DEFENDANT'S ATTORNEY |
|---|---|---|
| JOSEPH L. TAURO | GREGORY MOFFATT | DEREGE DEMISSIE |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 6/12 to | CAROL SCOTT | ZITA LOVETT |

| GOV NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1A | | 6-12-06 | ✓ | ✓ | COUNTERFEIT CURRENCY: McCAIN |
| 1B | | " | ✓ | ✓ | "        "        "        "        " |
| 1C | | " | ✓ | ✓ | "        "        "        "        " |
| 2 | | | | | GUN - 38                "        " |
|   | A | " | ✓ | ✓ | PACKAGING              "        " |
| 4 | | " | ✓ | ✓ | FIREARM TRACE REPORT: WAGNER |
| 5 | | " | ✓ | ✓ | FIREARM TRACE REPORT #2  "  " |
| 3 | | " | ✓ | ✓ | RIFLE |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages