UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

CASE NO. CR 05-10033-JLT

HAMMAN MOUSLI

**VERDICT FORM**

WE, THE JURY, FIND:    THE DEFENDANT,    HAMMAN MOUSLI

AS TO:    COUNT 1

GUILTY ✓    NOT GUILTY ___    OF:    POSSESSION OF COUNTERFEIT SECURITIES

AS TO:    COUNT 2

GUILTY ✓    NOT GUILTY ___    OF:    ILLEGAL ALIEN IN POSSESSION OF A FIREARM.

6/13/06
DATE

Kristen Canavan
FOREPERSON'S SIGNATURE