IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
| vs. ) | No. 05-10033-JLT |
| ) | |
| HAMMAN MOUSLI ) | |
| ) | |
|    Defendant ) | |

### DEFENDANT'S NOTICE OF APPEAL

   Notice is hereby given that, Hamman Mousli, the Defendant in the above-named case, hereby appeals to the United States Court of Appeals for the First Circuit from the denial of his motion to suppress evidence and from the final judgment entered in this action on the 13th day of June 2006.

                                       Respectfully submitted
                                       Hamman Mousli
                                       By his attorney

                                       /s Derege B. Demissie
                                       Derege B. Demissie
                                       DEMISSIE & CHURCH
                                       929 Massachusetts Avenue, Suite 01
                                       Cambridge, MA 02139
                                       (617) 354-3944

June 15, 2006

### CERTIFICATE OF SERVICE

   I hereby certify that a copy of this Notice of appeal was served via electronic notice the attorney of record for the United States on the 15th day of June 2006.

                                       /s Derege B. Demissie
                                         Derege B. Demissie