

*U.S. GPO: 2000-463-702/25203*

FILED
IN CLERKS OFFICE

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 05-10033 |
| DEFENDANT | TYPE OF PROCESS |
| HANIMAN MOUSLI | SUBPOENA IN CRIMINAL CASE |

**SERVE** — NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

TIMOTHY CRANE

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** CRANE & CO., 30 SOUTH ST., DALTON, MA 01226

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

DEREGE B. DEMISSIE
DEMISSIE & CHURCH
929 MASSACHUSETTS AVE.,
Suite 01
CAMBRIDGE MA 02139

| Number of process to be served with this Form - 285 | 1 |
|---|---|
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please serve at CRANE & CO. during Business Hours.

Return can be FAXED to ATTY. DEMISSIE at 617-354-0985

Signature of Attorney or other Originator requesting service on behalf of:  ☐ PLAINTIFF  ☒ DEFENDANT
TELEPHONE NUMBER: 617-354-3944
DATE: 6/6/06

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 38 | District to Serve No. 38 | Signature of Authorized USMS Deputy or Clerk | Date 6/9/06 |
|---|---|---|---|---|---|

☐ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

Date of Service: 6/12/06    Time: 1:30 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|

REMARKS: Faxed to USMS Office in Springfield MA

Subpoena Faxed to Crane & Co. Attention Timothy Crane, Company Representative states Timothy Crane would accept by telefax. Subpoena confirmed to have been received.

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: UNITED STATES OF AMERICA | COURT CASE NUMBER: 05-10033 |
| DEFENDANT: HANIMAN MOUSLI | TYPE OF PROCESS: SUBPOENA IN CRIMINAL CASE |

SERVE → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: TIMOTHY CRANE

AT ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): CRANE & CO., 30 SOUTH ST., DALTON, MA 01226

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

DEREGE B. DEMISSIE
DEMISSIE & CHURCH
929 MASSACHUSETTS AVE.,
Suite 01
CAMBRIDGE MA 02139

Number of process to be served with this Form - 285: 3
Number of parties to be served in this case: 1
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please serve at CRANE & CO. during Business Hours.
Return can be faxed to Atty. Demissie at 617-354-0985

Signature of Attorney or other Originator requesting service on behalf of: ☐ PLAINTIFF ☒ DEFENDANT
TELEPHONE NUMBER: 617-354-3944
DATE: 6/6/06

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 38
District to Serve No. 38
Signature of Authorized USMS Deputy or Clerk: Nancy Salamone
Date: 6/9/06

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

Date of Service: | Time: ☐ am ☐ pm
Signature of U.S. Marshal or Deputy:

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS: Faxed to USMS Office in Springfield

PRIOR EDITIONS MAY BE USED                1. CLERK OF THE COURT                FORM USM-285 (Rev. 12/15/80)

AO89 (Rev. 7/95) Subpoena in a Criminal Case

# UNITED STATES DISTRICT COURT

| FOR THE | DISTRICT OF | MASSACHUSETTS |

| UNITED STATES | |
|---|---|
| V. | **SUBPOENA IN A CRIMINAL CASE** |
| HAMMAN MOUSLI | Case Number: 05-10033 |

TO:  Timothy Crane
Director of Research and Security Feature Technology
Crane & Co.
30 South St
Dalton, MA 01226

☑ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| United States District Court | 20 |
| | DATE AND TIME |
| | 6/13/2006 10:00 am |

☐ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

*[Stamp: RECEIVED U.S. MARSHAL SERVICE BOSTON, MA 2006 JUN -6 P 3:59]*

U.S. MAGISTRATE JUDGE OR CLERK OF COURT    DATE
SARAH A. THORNTON

(By) Deputy Clerk  *[signature]*    JUN 06 2006

United States District Court
Office of the Clerk
United States Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

ATTORNEY'S NAME ADDRESS AND PHONE NUMBER:
Derege B. Demissie, DEMISSIE & CHURCH, 929 Massachusetts Ave., Suite 01, Cambridge, MA 02139
617-354-3944