```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

_____
UNITED STATES OF AMERICA        )
                                )
v.                              )     Crim. No. 05-10033-JLT
                                )
HAMMAN MOUSLI                   )
          Defendant             )
_____)

NOTICE OF
WITHDRAW OF APPEARANCE

Now comes the undersigned Assistant United States Attorney and notices the withdrawal of his appearance, pursuant to Local Rule 83.5.2(c), as counsel for the United States. As grounds therefore, the undersigned states as follows:

1. Defendant was convicted following a jury trial and sentenced on June 13, 2006. He has timely filed Notice of an Appeal.

2. The undersigned has resigned from the United States Attorney's Office, effective June 23, 2006. Substitute counsel, Assistant United States Attorney B. Stephanie Siegmann, is filing a Notice of Appearance to

accompany this Request For Leave To Withdraw.

                          Respectfully submitted,

                          MICHAEL J. SULLIVAN
                          United States Attorney

                By:   /s Gregory Moffatt
                     GREGORY MOFFATT
                     Assistant U.S. Attorney
                     617-748-3370

DATED: June 22, 2006

## CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by electronic filing:

        Derege B. Demissie, Esq.
        Demissie & Church
        929 Massachusetts Avenue, Suite 01
        Cambridge, MA 02139

This 22nd day of June 2006.

                              /s Gregory Moffatt
                              GREGORY MOFFATT