```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
_____
UNITED STATES OF AMERICA       )
                               )
v.                             )    Crim. No. 05-10033-JLT
                               )
HAMMAN MOUSLI                  )
         Defendant             )
_____)
```

NOTICE OF APPEARANCE

Now comes the undersigned Assistant United States Attorney and notices her appearance in the above-captioned matter.

                                       Respectfully submitted,

                                       MICHAEL J. SULLIVAN
                                       United States Attorney

                            By:  /s/ B. Stephanie Siegmann
                                 B. STEPHANIE SIEGMANN
                                 Assistant U.S. Attorney
                                 617-748-3191

DATED: June 22, 2006

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by electronic filing:

                Derege B. Demissie, Esq.
                Demissie & Church
                929 Massachusetts Avenue, Suite 01
                Cambridge, MA 02139

This 22nd day of June 2006.

                                       /s/ B. Stephanie Siegmann
                                       B. STEPHANIE SIEGMANN