## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USDC Docket Number : 05-cr-10033

United States of America

v.

Hamman Mousli

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-48

and contained in Volume(s) I are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 6/15/2006.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on July 17, 2006.

Sarah A Thornton, Clerk of Court

By: _____
Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: 7-18-6 .

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06

APPEAL

# United States District Court
## District of Massachusetts (Boston)
### CRIMINAL DOCKET FOR CASE #: 1:05-cr-10033-JLT-ALL

Case title: USA v. Mousli
Magistrate judge case number: 1:04-mj-01111-JGD

Date Filed: 02/15/2005

Assigned to: Judge Joseph L. Tauro

**Defendant**

**Hamman Mousli** (1)
*TERMINATED: 06/13/2006*

represented by **Derege B. Demissie**
Demissie & Associates
929 Massachusetts Avenue
Suite 01
Cambridge, MA 02139
617-354-3944
Fax: 617-354-0985
Email: Demissie.law@verizon.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Francisco Javier Fernandez**
Frank Fernandez Esq.
4 Longfellow Place
Staniford St.
Suite 3501-06
Boston, MA 02114
617-393-0250
Fax: 617-973-1562
Email: frankfernandez@usa.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Syrie D. Fried**

Federal Defender's Office
408 Atlantic Ave.
Third Floor
Boston, MA 02210
617-223-8061
Fax: 617-223-8080
Email: syrie_fried@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| 18:480 POSSESS COUNTERFEIT FOREIGN OBLIGATIONS OR SECURITIES (1) | TIME SERVED; 2 YEARS SUPERVISED RELEASE; $200 SPECIAL ASSESSMENT; STANDARD CONDITIONS OF SUPERVISED RELASE WITH THE ADDITIONAL SPECIAL CONDITION: IF ORDERED DEPORTED THE DEFENDANT SHALL NOT RE-ENTER THE UNITED STATES WITHOUT PRIOR AUTHORIZATION FROM THE DEPT. OF HOMELAND SECURITY. RIGHT TO APPEAL. |
| 18:472 - POSSESSION OF COUNTERFEIT SECURITIES (1s) | TIME SERVED; 2 YEARS SUPERVISED RELEASE; $200 SPECIAL ASSESSMENT; STANDARD CONDITIONS OF SUPERVISED RELASE WITH THE ADDITIONAL SPECIAL CONDITION: IF ORDERED DEPORTED THE DEFENDANT SHALL NOT RE-ENTER THE UNITED STATES WITHOUT PRIOR AUTHORIZATION FROM THE DEPT. OF HOMELAND SECURITY. RIGHT TO APPEAL. |

| | |
|---|---|
| 18:922(g)(5)(A) Illegal Alien in Possession of a Firearm (2) | TIME SERVED; 2 YEARS SUPERVISED RELEASE; $200 SPECIAL ASSESSMENT; STANDARD CONDITIONS OF SUPERVISED RELASE WITH THE ADDITIONAL SPECIAL CONDITION: IF ORDERED DEPORTED THE DEFENDANT SHALL NOT RE-ENTER THE UNITED STATES WITHOUT PRIOR AUTHORIZATION FROM THE DEPT. OF HOMELAND SECURITY. RIGHT TO APPEAL. |
| 18:922(G)(5)(A) - ILLEGAL ALIEN IN POSSESSION OF A FIREARM (2s) | TIME SERVED; 2 YEARS SUPERVISED RELEASE; $200 SPECIAL ASSESSMENT; STANDARD CONDITIONS OF SUPERVISED RELASE WITH THE ADDITIONAL SPECIAL CONDITION: IF ORDERED DEPORTED THE DEFENDANT SHALL NOT RE-ENTER THE UNITED STATES WITHOUT PRIOR AUTHORIZATION FROM THE DEPT. OF HOMELAND SECURITY. RIGHT TO APPEAL. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| Complaints | Disposition |
|---|---|
| Illegally alien ini possession of a firearm | TIME SERVED; 2 YEARS SUPERVISED RELEASE; $200 SPECIAL ASSESSMENT; STANDARD CONDITIONS OF SUPERVISED RELASE WITH THE ADDITIONAL SPECIAL CONDITION: IF ORDERED DEPORTED THE DEFENDANT SHALL NOT RE-ENTER THE UNITED STATES WITHOUT PRIOR AUTHORIZATION FROM THE DEPT. OF HOMELAND SECURITY. RIGHT TO APPEAL. |

**Plaintiff**

USA     represented by **B. Stephanie Siegmann**
U.S. Attorney's Office
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3191
Fax: 617-748-3664
Email: Stephanie.Siegmann@usdoj.gov
*LEAD ATTORNEY*

**Gregory T. Moffatt**
The Raytheon Company
Office of General Counsel
50 Apple Hill Drive
Mail Stop T3TQ1
Tewksbury, MA 01876
978-858-9411
Fax: 978-858-9194
Email: gregory_t-moffatt@raytheon.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/16/2004 | 1 | COMPLAINT as to Hamman Mousli (1). (Filo, Jennifer) [1:04-mj-01111-JGD] (Entered: 09/30/2004) |
| 09/17/2004 | 2 | Arrest Warrant Issued as to Hamman Mousli. (Filo, Jennifer) [1:04-mj-01111-JGD] (Entered: 09/30/2004) |
| 09/29/2004 | | Attorney update in case as to Hamman Mousli. Attorney Syrie D. Fried for Hamman Mousli added. (Quinn, Thomas) [1:04-mj-01111-JGD] (Entered: 10/01/2004) |
| 09/29/2004 | | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Initial Appearance as to Hamman Mousli held on 9/29/2004; AUSA Moffatt and Attorney Fried for the dft.; Dft. files CJA 23 and requests counsel; USMJ Dein appoints Federal Defender; Govt. moves for detention and continuance; USMJ Dein orders the dft. to temporary detention pending hearing on 10/5/04 @ 3:00pm. (Court Reporter D.R..) (Quinn, Thomas) [1:04-mj-01111-JGD] (Entered: 10/01/2004) |
| 09/29/2004 | 3 | CJA 23 Financial Affidavit by Hamman Mousli (Quinn, Thomas) [1:04-mj-01111-JGD] (Entered: 10/01/2004) |
| 10/01/2004 | 4 | Arrest Warrant Returned Executed on 9/29/04. as to Hamman Mousli. (Filo, Jennifer) [1:04-mj-01111-JGD] (Entered: 10/04/2004) |
| 10/21/2004 | | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Attorney Appointment Hearing as to Hamman Mousli held on 10/21/2004. The Court will appoint new counsel. Detention Hearing as to Hamman Mousli continued on 10/21/2004, Preliminary Examination as to Hamman Mousli continued on 10/21/2004. Detention Hearing set for 10/25/2004 11:30 AM in Courtroom 15 before Magistrate Judge Judith G. Dein. Preliminary Revocation Hearing set for 10/25/2004 11:30 AM in Courtroom 15 before Magistrate Judge Judith G. Dein. (Tape #Digital Recording.) (Brown, Rex) [1:04-mj-01111-JGD] (Entered: 10/21/2004) |
| 10/26/2004 | | Attorney update in case as to Hamman Mousli. Attorney Francisco Javier Fernandez for Hamman Mousli added. Attorney Syrie D. Fried terminated. (Quinn, Thomas) [1:04-mj-01111-JGD] (Entered: 10/27/2004) |
| 10/26/2004 | 6 | Judge Judith G. Dein : ORDER entered (Quinn, Thomas) [1:04-mj-01111-JGD] (Entered: 11/03/2004) |

| 10/27/2004 | | Attorney update in case as to Hamman Mousli. Attorney Gregory T. Moffatt for USA added. (Quinn, Thomas) [1:04-mj-01111-JGD] (Entered: 10/27/2004) |
|---|---|---|
| 10/27/2004 | | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Detention Hearing and Preliminary Examination as to Hamman Mousli held on 10/27/2004; AUSA Moffatt and Attorney Fernandez for the dft.; Dft consents to voluntary order of detention, moves to continue PC hearing until 11/8/04 @ 2:45pm. and waives right to have PC hearing within 10 days. (Court Reporter D.R..) (Quinn, Thomas) [1:04-mj-01111-JGD] (Entered: 10/27/2004) |
| 10/29/2004 | 5 | Judge Judith G. Dein : ORDER entered ORDER OF DETENTION as to Hamman Mousli (Quinn, Thomas) [1:04-mj-01111-JGD] (Entered: 10/29/2004) |
| 11/08/2004 | | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Preliminary Examination as to Hamman Mousli held on 11/8/2004; AUSA Moffatt and Attorney Fernandez for the dft.; Govt. calls witness #1(Sarrouf) direct exam, exhibits #1, #2; cross exam; USMJ Dein finds probable cause. (Court Reporter D.R..) (Quinn, Thomas) [1:04-mj-01111-JGD] (Entered: 11/08/2004) |
| 12/28/2004 | 7 | Ex Parte MOTION for Investigative Funds as to Hamman Mousli. (Fernandez, Francisco) [1:04-mj-01111-JGD] (Entered: 12/28/2004) |
| 01/05/2005 | 8 | MOTION for Release from Custody *with conditions of bail* as to Hamman Mousli. (Fernandez, Francisco) [1:04-mj-01111-JGD] (Entered: 01/05/2005) |
| 02/04/2005 | | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Detention Hearing as to Hamman Mousli continued on 2/4/2005; AUSA Moffatt and Attorney Fernandez for the dft.; Dft. moves to continue hearing to 2/11/05 @ 2:30pm so pretrial may conduct interview. (Court Reporter D.R..) (Quinn, Thomas) [1:04-mj-01111-JGD] (Entered: 02/11/2005) |
| 02/11/2005 | | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Detention Hearing as to Hamman Mousli on 2/11/2005; AUSA Moffatt and Attorney Fernandez for the dft.; USMJ Dein hears from the dft. on current status; Dft. withdraws motion for detention at this time reserving his right |

| | | |
|---|---|---|
| | | to renew in the future; Dft. remains detained. (Court Reporter D.R..) (Quinn, Thomas) [1:04-mj-01111-JGD] (Entered: 02/11/2005) |
| 02/15/2005 | 9 | INDICTMENT as to Hamman Mousli (1) count(s) 1, 2. (Gawlik, Cathy) (Entered: 02/16/2005) |
| 02/16/2005 | 10 | Judge Joseph L. Tauro : ORDER entered. ORDER REFERRING CASE to Magistrate Judge Judith G. Dein Reason for referral: pretrial proceedings as to Hamman Mousli (Gawlik, Cathy) (Entered: 02/16/2005) |
| 02/22/2005 | 11 | SUPERSEDING INDICTMENT as to Hamman Mousli (1) count(s) 1s, 2s. FILED. (Catino, Theresa) (Entered: 02/23/2005) |
| 02/22/2005 | 12 | Judge Joseph L. Tauro : ORDER entered. ORDER REFERRING CASE to Magistrate Judge Judith G. Dein Reason for referral: FOR PRETRIAL as to superseding indictment as to Hamman Mousli (Catino, Theresa) (Entered: 02/23/2005) |
| 03/15/2005 |  | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Arraignment as to Hamman Mousli (1) Count 1s,2s held on 3/15/2005, Plea entered by Hamman Mousli Not Guilty on counts all. AUSA Chakravarty and Attorney Fernandez for the dft.; Dft. will proceed with automatic discovery; 1st status conference set for 4/26/05 @ 10:00am. (Court Reporter D.R..) (Quinn, Thomas) (Entered: 03/15/2005) |
| 03/15/2005 | 13 | Judge Judith G. Dein : ORDER entered. INITIAL SCHEDULING ORDER as to Hamman Mousli. Status Conference set for 4/26/2005 10:00 AM in Courtroom 15 before Magistrate Judge Judith G. Dein. (Dambrosio, Jolyne) (Entered: 03/15/2005) |
| 03/15/2005 | 14 | Judge Judith G. Dein : ORDER entered. ORDER ON EXCLUDABLE DELAY as to Hamman Mousli. Time excluded from 3/15/05 until 4/12/05. (Dambrosio, Jolyne) (Entered: 03/15/2005) |
| 03/15/2005 |  | Judge Judith G. Dein : Electronic ORDER entered granting 7 Motion for Investigative Funds as to Hamman Mousli (1) (Quinn, Thomas) (Entered: 03/16/2005) |
| 04/26/2005 |  | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Status Conference as to Hamman Mousli held |

| | | |
|---|---|---|
| | | on 4/26/2005; AUSA Ricciuti and Attorney Fernandez report current case status; next status conference is set for 6/8/05 @ 2:30pm (Court Reporter D.R..) (Quinn, Thomas) (Entered: 04/27/2005) |
| 04/26/2005 | 15 | Judge Judith G. Dein : ORDER entered. STATUS REPORT as to Hamman Mousli Status Conference set for 6/8/2005 02:30 PM in Courtroom 15 before Magistrate Judge Judith G. Dein. (Quinn, Thomas) (Entered: 04/28/2005) |
| 04/26/2005 | 16 | Judge Judith G. Dein : ORDER entered. ORDER ON EXCLUDABLE DELAY as to Hamman Mousli Time excluded from 4/12/05 until 6/8/05. (Quinn, Thomas) (Entered: 04/28/2005) |
| 06/08/2005 | | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Detention Hearing as to Hamman Mousli held on 6/8/2005, Status Conference as to Hamman Mousli held on 6/8/2005; AUSA Moffatt and Attorney Fernendez report discovery is complete and ready to be sent to the district court; Counsel make proffers on detention issue; USMJ Dein takes matter of detention under advisement, will issue report and return file to district court. (Court Reporter D.R..) (Quinn, Thomas) (Entered: 06/09/2005) |
| 06/08/2005 | 17 | Judge Judith G. Dein : ORDER entered. FINAL STATUS REPORT as to Hamman Mousli (Quinn, Thomas) (Entered: 06/09/2005) |
| 06/08/2005 | 18 | Judge Judith G. Dein : ORDER entered. ORDER ON EXCLUDABLE DELAY as to Hamman Mousli Time excluded from 6/8/05 until 6/15/05. (Quinn, Thomas) (Entered: 06/09/2005) |
| 06/08/2005 | 19 | MOTION for Detention Hearing and Memorandum in Support of Pre-Trial release as to Hamman Mousli. (Quinn, Thomas) (Entered: 06/09/2005) |
| 06/08/2005 | | Judge Judith G. Dein : Electronic ORDER entered granting 19 Motion for Hearing as to Hamman Mousli (1)Hearing held on this date. Request for pretrial release is denied. See separate order of this date. (Quinn, Thomas) (Entered: 06/09/2005) |
| 06/08/2005 | 20 | Judge Judith G. Dein : ORDER entered. ORDER OF DETENTION as to Hamman Mousli (Quinn, Thomas) (Entered: 06/09/2005) |

| 06/15/2005 | 21 | MOTION to Suppress *Evidence Siezed by Search Warrant* as to Hamman Mousli. (Fernandez, Francisco) (Entered: 06/15/2005) |
|---|---|---|
| 06/28/2005 | 22 | Assented to MOTION for Extension of Time to July 13, 2005 to File Government's Response to Motion To Suppress as to Hamman Mousliby USA. (Moffatt, Gregory) (Entered: 06/28/2005) |
| 06/30/2005 |  | Judge Judith G. Dein : Electronic ORDER entered granting 22 Motion for Extension of Time to File as to Hamman Mousli (1) (Quinn, Thomas) (Entered: 07/01/2005) |
| 07/13/2005 | 23 | Supplemental MEMORANDUM in Opposition by USA as to Hamman Mousli re 21 MOTION to Suppress *Evidence Siezed by Search Warrant* (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3)(Abaid, Kim) (Entered: 07/15/2005) |
| 11/09/2005 |  | NOTICE OF HEARING as to Hamman MousliMotion Hearing set for 12/1/2005 11:00 AM in Courtroom 20 before Judge Joseph L. Tauro. (Lovett, Zita) (Entered: 11/09/2005) |
| 01/23/2006 |  | ELECTRONICNOTICE OF HEARING as to Hamman MousliEvidentiary Hearing set for 2/6/2006 11:45 AM in Courtroom 20 before Judge Joseph L. Tauro. (Lovett, Zita) (Entered: 01/23/2006) |
| 02/03/2006 |  | NOTICE CANCELLING HEARING as to Hamman Mousli. hearing cancelled: 2/6/2006 (Lovett, Zita) (Entered: 02/03/2006) |
| 02/03/2006 |  | Reset Hearings as to Hamman Mousli: Evidentiary Hearing set for 2/6/2006 11:30 AM in Courtroom 20 before Judge Joseph L. Tauro is CANCELLED. (Lovett, Zita) Modified on 2/6/2006 (Abaid, Kim). (Entered: 02/03/2006) |
| 02/21/2006 | 24 | MOTION to Dismiss Appointed Attorney and to Appoint New Counsel as to Hamman Mousli. (Abaid, Kim) (Entered: 02/21/2006) |
| 02/23/2006 | 25 | MOTION for Release from Custody *on conditions of pre-trial release* as to Hamman Mousli. (Fernandez, Francisco) (Entered: 02/23/2006) |
| 03/06/2006 | 26 | Judge Joseph L. Tauro : ORDER entered. CJA 20 as to Hamman Mousli: Appointment of Attorney Derege B. Demissie for Hamman Mousli. (Abaid, Kim) (Entered: |

| | | |
|---|---|---|
| | | 03/14/2006) |
| 04/14/2006 | 🔵 | ELECTRONIC NOTICE OF RESCHEDULING as to Hamman Mousli Evidentiary Hearing set for 4/26/2006 11:00 AM in Courtroom 20 before Judge Joseph L. Tauro. (Motion to Suppress previously scheduled for April 18, 2006).(Lovett, Zita) (Entered: 04/14/2006) |
| 04/18/2006 | 🔵27 | MOTION to Continue Hearing on Motion to Suppress as to Hamman Mousli. (Abaid, Kim) (Entered: 04/18/2006) |
| 04/24/2006 | 🔵 | Judge Joseph L. Tauro : Electronic ORDER entered granting 27 Motion to Continue as to Hamman Mousli (1) Evidentiary Hearing set for 4/26/2006 11:00 AM in Courtroom 20 before Judge Joseph L. Tauro. (Lovett, Zita) (Entered: 04/24/2006) |
| 04/26/2006 | 🔵 | ElectronicClerk's Notes for proceedings held before Judge Joseph L. Tauro :Motion Hearing as to Hamman Mousli held on 4/26/2006 re 21 MOTION to Suppress *Evidence Siezed by Search Warrant* filed by Hamman Mousli. Attorney Moffat for the Government, Attorney Demissie for the Defendant. Parties explain issues presented in the Motion to Suppress. Government requests continuance in order to subpoena a witness. Judge Tauro allows request to continue. Motion to Suppress - Evidentiary Hearing will be held on May 3, 2006 at 2:15 PM in Courtroom 20 before Judge Joseph L. Tauro. (Court Reporter Carol L. Scott.) (Abaid, Kim) (Entered: 04/26/2006) |
| 04/26/2006 | 🔵 | Set/Reset Hearings as to Hamman Mousli: Evidentiary Hearing set for 5/3/2006 02:15 PM in Courtroom 20 before Judge Joseph L. Tauro. (Abaid, Kim) (Entered: 04/26/2006) |
| 04/28/2006 | 🔵 | ELECTRONICNOTICE OF RESCHEDULING as to Hamman Mousli Evidentiary Hearing, Motion to Suppress, set for 5/10/2006 02:15 PM in Courtroom 20 before Judge Joseph L. Tauro. NO FURTHER CONTINUANCES.(Lovett, Zita) (Entered: 04/28/2006) |
| 04/28/2006 | 🔵 | Set/Reset Hearings as to Hamman Mousli: Evidentiary Hearing set for 5/10/2006 02:15 PM in Courtroom 20 before Judge Joseph L. Tauro. (Lovett, Zita) (Entered: 04/28/2006) |
| 05/08/2006 | 🔵28 | First MOTION for Protective Order as to Hamman Mousli. (Attachments: # 1 Text of Proposed Order)(Demissie, Derege) (Entered: 05/08/2006) |

| | | |
|---|---|---|
| 05/08/2006 | 29 | Judge Joseph L. Tauro : PROTECTIVEORDER entered as to Hamman Mousli. (Abaid, Kim) (Entered: 05/08/2006) |
| 05/10/2006 | ● | Judge Joseph L. Tauro : Electronic ORDER entered denying 21 Motion to Suppress as to Hamman Mousli (1); defendant shall advise the court by May 22, 2006 if change of plea is contemplated, if not trial will begin on June 12, 2006. (Lovett, Zita) (Entered: 05/12/2006) |
| 05/26/2006 | 30 | SEALED MOTION as to Hamman Mousli. (Abaid, Kim) (Entered: 05/30/2006) |
| 06/07/2006 | 31 | Proposed Jury Instructions by USA as to Hamman Mousli (Moffatt, Gregory) (Entered: 06/07/2006) |
| 06/07/2006 | 32 | MOTION in Limine *to exclude Prior Bad Acts Evidence* as to Hamman Mousli. (Demissie, Derege) (Entered: 06/07/2006) |
| 06/07/2006 | 33 | MOTION in Limine *for Voire Dire* as to Hamman Mousli. (Demissie, Derege) (Entered: 06/07/2006) |
| 06/07/2006 | 34 | MOTION in Limine *to Exclude Reference to Terrorism* as to Hamman Mousli. (Demissie, Derege) (Entered: 06/07/2006) |
| 06/07/2006 | ● | Judge Joseph L. Tauro : Electronic ORDER entered granting [30] Sealed Motion as to Hamman Mousli (1) (Abaid, Kim) (Entered: 06/08/2006) |
| 06/08/2006 | ● | ELECTRONIC NOTICE OF HEARING as to Hamman Mousli Jury Trial set for 6/12/2006 10:00 AM in Courtroom 20 before Judge Joseph L. Tauro. (Lovett, Zita) (Entered: 06/08/2006) |
| 06/08/2006 | 35 | Proposed Voir Dire by USA as to Hamman Mousli (Moffatt, Gregory) (Entered: 06/08/2006) |
| 06/08/2006 | 36 | WITNESS LIST by USA as to Hamman Mousli (Moffatt, Gregory) Modified on 6/12/2006 (Abaid, Kim). (Entered: 06/08/2006) |
| 06/08/2006 | 37 | EXHIBIT LIST by USA as to Hamman Mousli (Moffatt, Gregory) Modified on 6/12/2006 (Abaid, Kim). (Entered: 06/08/2006) |
| 06/09/2006 | ● | Reset Hearings as to Hamman Mousli: Jury Trial set for 6/12/2006 10:00 AM in Courtroom 20 before Judge Joseph L. Tauro. (Lovett, Zita) (Entered: 06/09/2006) |

| | | |
|---|---|---|
| 06/09/2006 | 38 | POTENTIAL WITNESS LIST by Hamman Mousli (Demissie, Derege) Modified on 6/12/2006 (Abaid, Kim). (Entered: 06/09/2006) |
| 06/09/2006 | 39 | Proposed Jury Instructions by Hamman Mousli (Demissie, Derege) (Entered: 06/09/2006) |
| 06/11/2006 | 40 | MOTION for Order *to Allow the Defendant to Change his Clothing at the Courthouse* as to Hamman Mousli. (Demissie, Derege) (Entered: 06/11/2006) |
| 06/12/2006 |  | ElectronicClerk's Notes for proceedings held before Judge Joseph L. Tauro :Jury Selection held on 6/12/2006, Jury Trial Day 1 held on 6/12/2006 (Court Reporter Carol Scott.) (Lovett, Zita) (Entered: 06/15/2006) |
| 06/12/2006 |  | Judge Joseph L. Tauro : ELECTRONIC ENDORSEMENT - 32 Motion in Limine to Exclude Prior Bad Acts Evidence is ALLOWED BY AGREEMENT. 34 Motion in Limine to Exclude Reference to Terrorism Task Force or Terrorism-Related Investigation is ALLOWED. (Abaid, Kim) (Entered: 06/20/2006) |
| 06/13/2006 | 41 | Electronic Clerk's Notes for proceedings held before Judge Joseph L. Tauro :Jury Trial Day 2 as to Hamman Mousli held on 6/13/2006. Verdict entered - Guilty on all counts. (Court Reporter Carol Scott.) (Lovett, Zita) Modified on 6/15/2006 (Abaid, Kim). (Entered: 06/15/2006) |
| 06/13/2006 | 42 | EXHIBIT/WITNESS LIST as to Hamman Mousli. (Abaid, Kim) (Entered: 06/15/2006) |
| 06/13/2006 | 43 | JURY VERDICT as to Hamman Mousli (1) Guilty on Count 1,2. (Abaid, Kim) (Entered: 06/15/2006) |
| 06/13/2006 | 44 | Judge Joseph L. Tauro : ORDER entered. JUDGMENT and STATEMENT OF REASONS as to Hamman Mousli (1), Count(s) 1, 2, TIME SERVED; 2 YEARS SUPERVISED RELEASE; $200 SPECIAL ASSESSMENT; STANDARD CONDITIONS OF SUPERVISED RELASE WITH THE ADDITIONAL SPECIAL CONDITION: IF ORDERED DEPORTED THE DEFENDANT SHALL NOT RE-ENTER THE UNITED STATES WITHOUT PRIOR AUTHORIZATION FROM THE DEPT. OF HOMELAND SECURITY. RIGHT TO APPEAL as to Hamman Mousli. (Abaid, Kim) (Entered: 06/15/2006) |

| | | |
|---|---|---|
| 06/15/2006 | ● | ElectronicClerk's Notes for proceedings held before Judge Joseph L. Tauro :Sentencing held on 6/13/2006 for Hamman Mousli (1), 1, 1s, 2, 2s, TIME SERVED; 2 YEARS SUPERVISED RELEASE; $200 SPECIAL ASSESSMENT; STANDARD CONDITIONS OF SUPERVISED RELEASE WITH THE ADDITIONAL SPECIAL CONDITION: IF ORDERED DEPORTED THE DEFENDANT SHALL NOT RE-ENTER THE UNITED STATES WITHOUT PRIOR AUTHORIZATION FROM THE DEPT. OF HOMELAND SECURITY. RIGHT TO APPEAL.. (Court Reporter Carol Scott.) (Lovett, Zita) (Entered: 06/15/2006) |
| 06/15/2006 | ●45 | NOTICE OF APPEAL by Hamman Mousli Filing fee $ 455. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 7/5/2006. (Demissie, Derege) (Entered: 06/15/2006) |
| 06/21/2006 | ●46 | US Marshal Process Receipt and Return for Subpoena. Timothy Crane served Delivered on June 12, 2006. (Abaid, Kim) (Entered: 06/21/2006) |
| 06/22/2006 | ●47 | NOTICE of Withdrawal of Appearance as to Hamman Mousli (Moffatt, Gregory) (Entered: 06/22/2006) |
| 06/22/2006 | ●48 | NOTICE OF ATTORNEY APPEARANCE B. Stephanie Siegmann appearing for USA. (Siegmann, B.) (Entered: 06/22/2006) |