# United States Court of Appeals
## For the First Circuit

No. 06-2079

UNITED STATES OF AMERICA,

Appellee,

v.

HAMMAN MOUSLI,

Defendant, Appellant.

**JUDGMENT**

Entered: December 13, 2007

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court denying the motion to suppress and the district court's denial of Hamman Mousli's motion for a judgment of acquittal are affirmed.

By the Court:
Richard Cushing Donovan, Clerk

By: Margaret Carter, Chief Deputy Clerk

[cc: B. Stephanie Siegmann, Randall E. Kromm, Dina M. Chaitowitz, and Derege B. Demissie ]