**United States District Court**
**District of Massachusetts, Boston**
**CRIMINAL DOCKET FOR CASE #: 1:05-CR-10033-JLT-1**



## MOTION TO GET MY PROPERTY BACK FROM THE GOVERNMENT

### To the honorable Judge Joseph L. Tauro

I, Hamman Mousli, am submitting this motion to get my government ceased property back as agreed upon by the government. I was released from custody on July 16, 2007. I contacted my attorney, Derege B. Demissie several times asking him to assist me in getting back my property, but he hasn't done so. I respectfully ask the court to please consider my motion as I am in great need of my property.

Thank you very much for your consideration.
Respectfully,


Hamman Mousli


### Proof of Service

I, Hamman Mousli, hereby certify that I sent a copy of this motion to the court on this day, 12/26/2007, via U.S. mail.

Hamman Mousli. Wednesday, December 26, 2007.