UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA  )
                          )
         v.               )    CRIMINAL ACTION NO. 05-10333-JLT
                          )
HAMMAN MOUSLI             )
                          )
_____)
```

**MOTION TO CLARIFY GOVERNMENT'S TIME**
**TO RESPOND TO DEFENDANT'S MOTION FOR RETURN OF PROPERTY**

The United States of America, through undersigned counsel, respectfully submits to this Court that the United States will file its response to Hamman Mousli's ("Mousli") Motion for Return of Property within 60 days from the date of receipt of such motion, pursuant to Federal Rule of Civil Procedure 12(a)(3)(A).

Mousli filed his motion under the docket number for a closed criminal case in which he was the defendant.  The First Circuit has explained that where, as here, criminal proceedings have concluded, the court should treat a Rule 41 motion for <u>return of property as a civil, equitable complaint.  United States v. Giraldo</u>, 45 F.3d 509, 511 (1st Cir. 1995)(due process attack on completed administrative forfeiture treated as civil action under 28 U.S.C. § 1331); <u>Gonzalez-Gonzalez v. United States</u>, 257 F.3d 31, 35 (1st Cir. 2001)(same, citing <u>Giraldo</u>).

Pursuant to Fed.R.Civ.P. 12(a)(3)(A), the United States has 60 days from the date of service of the motion to respond thereto.  The United States received electronic notice of the Motion with a copy of the Motion on December 28, 2007.

1

Therefore, the government will file its response on or before February 26, 2008.

>Respectfully submitted,
>
>MICHAEL J. SULLIVAN,
>United States Attorney
>
>By: /s/ Nancy Rue

Date: January 10, 2008

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

>/s/ Nancy Rue
>Nancy Rue
>Assistant United States Attorney