UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| | * | |
| v. | * | |
| | * | |
| | * | Criminal No. 05-10033-JLT |
| HAMMAN MOUSLI | * | |

ORDER

April 17, 2008

TAURO, J.

This court hereby orders that Defendant's Motion to Get My Property Back from the Government [#57] is ALLOWED as to Defendant's non-contraband property,[1] as agreed to by the Government.[2] The Motion is DENIED as to Defendant's contraband property, including the counterfeit currency and firearms.

IT IS SO ORDERED.

/s/ Joseph L. Tauro
United States District Judge

---

[1] The Government indicates that Defendant can make arrangements to obtain this property by contacting FBI Special Agent Darryl Wegner at (617) 742-5533. See Opp. in Part to Def.'s Mot. for Return of Property [#60].

[2] See id.